Guardian Warehousing Company, appellant, v. Royce A. Kelley, appellee. Gen. No. 36,447.

Opinion filed October 25, 1933.

Nathan Haffenberg and Joseph Rosenbaum, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

George L. Holloway, appellee, v. Francis O. Moline et al. John Griffiths and Son Company, appellant. Gen. No. 36,476.

Opinion filed October 25, 1933.

Hamer & Campbell, for appellant; Chester D. Kern, of counsel. Daniel L. Madden, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Providence Institution for Savings, appellee, v. Mildred J. Davidson et al., appellants. Gen. No. 36,945.

Opinion filed October 25, 1933.

Rubenstein & Becker, for appellants; Harry Becker, of counsel. Scott, MacLeish & Falk, for appellee; George W. Swain and Walter S. Underwood, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

The Lincoln National Life Insurance Company, appellee, v. Philip Stamler and Sarah Stamler, appellants. Gen. No. 36,989.

Opinion filed October 31, 1933. Rehearing denied November 20, 1933.

Hart, Frank & Shomberg, for appellants; Victor P. Frank, of counsel. Frank E. Donahue, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.